IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALIVIA UCHITEL,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLID WASTE SERVICES, INC. d/b/a/<br>J.P. MASCARO & SONS,<br>　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO. 22-1790 |

## O R D E R

**AND NOW,** this 23rd day of January, 2025, upon consideration of Defendant Solid Waste Services d/b/a J.P. Mascaro & Sons' Motion for Summary Judgment (ECF No. 27) and any responses and replies thereto, it is hereby **ORDERED** that the Motion is **DENIED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**